1  ROB HENNIG (STATE BAR NO. 174646)
   ROB@EMPLOYMENTATTORNEYLA.COM
2  HENNIG RUIZ P.C.
   1925 CENTURY PARK EAST, SUITE 1960
3  LOS ANGELES, CA 90067
   PHONE: (310) 843-0020
4  FAX: (310) 843-9150

5  Attorneys for Plaintiff Arthur Afionyan.

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel.* ARTHUR AFIONYAN, and STATE OF CALIFORNIA, *ex rel.* AFIONYAN,

　　　Plaintiff/Relator,

　　　v.

PEDORTHIC LAB SPECIALIST CUSTOM SHOE CO.

　　　Defendant.

CASE NO.: CV 16-03268-JFW (KSx)

[~~PROPOSED~~] ORDER TO ALLOW RELATOR TO PROCEED AFTER DECLINATION TO INTERVENE

2017 AUG -2 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

LODGED

The Court having reviewed the Stipulation to Allow Relator to Proceed after Declination to Intervene and GOOD CAUSE appearing therefore, the Court Orders as follows:

1. The relator's Complaint, the Notice of Declination, and the accompanying proposed Order should be unsealed. All other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended;

2. Relator may request for a Summons to be issued.

**IT IS SO ORDERED.**

Dated: 8/4/17

_____
Hon. John F. Walter
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER TO ALLOW RELATOR TO PROCEED AFTER DECLINATION TO INTERVENE