Edgar Martirosyan SBN 260250
Email:      em@mpclegal.com
MARTIROSYAN P.C.
15720 Ventura Blvd., Suite 229
Encino, CA 91436
Telephone:  (818) 528-8700
Facsimile:  (818) 528-8704

Attorney for Defendant,
PLS DIABETIC SHOE COMPANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ARTHUR AFIONYAN, and STATE OF CALIFORNIA ex rel. AFIONYAN<br><br>Plaintiffs,<br><br>vs.<br><br>PEDORTHIC LAB SPECIALIST CUSTOM SHOE CO.<br>Defendant.<br>_____ | Case No: CV 16-03268-JFW (KSx)<br><br>**DECLARATION OF EDGAR MARTIROSYAN IN SUPPORT OF PLS DIABETIC SHOE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**<br><br>[Filed concurrently with Notice of Motion and Motion for Judgment on the Pleadings, and [Proposed] Order]<br><br>Date: May 7, 2018<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br><br>Pre-Trial Conference Date: 5/25/18<br>Trial Date: 6/12/18 |

//

//

//

I, Edgar Martirosyan, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of California. I am the principal attorney at Martirosyan Professional Corporation and counsel of record for Defendant PLS Diabetic Shoe Company, Inc., erroneously sued as Pedorthic Lab Specialist Custom Shoe Co. ("PLS"). I submit this declaration in support of PLS's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure Rule 12(c).

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. During his deposition and in discovery responses, Relator has admitted (1) to not having evidence of "false claims" or any "fraud" committed by PLS for that matter, (2) that his claims are reliant entirely on his "beliefs" and speculations, and (3) that had it not been for his personal problems (unrelated to the allegations raised in this case) with the representatives and employees of PLS, he would not have filed this action.

4. Relator never served a copy of the Standing Order upon PLS.

5. Relator's counsel admitted that it never served the Standing Order upon PLS, and called it a simply "lapse" on his part.

6. On March 16, 2018, I initiated conference of counsel for PLS's intended dispositive motions, including the Motion for Judgment on the Pleadings, at the conclusion of the Relator's continued deposition.  Relator's counsel, however, declined to conduct same in person and asked me to write him on the matter instead.

7. Relator's counsel failed to even inform me about (or participate in the preparation of) the "joint statement" required to be filed "within three days of the conference" per the Court's Standing Order.

8. Relator's counsel has also failed to produce documents in response to discovery requests and failed to even acknowledge their existence until the Relator

admitted during his deposition that such documents do exist in his possession and have been provided to his attorney. And even then, Relator's counsel failed to produce the same after multiple requests and weeks of waiting.

9. Relator's counsel issued dozens of subpoenas in this case to PLS's customers and failed to provide me with copies of same pursuant to Federal Rule of Civil Procedure 45(a)(4). Relator's counsel provided me with copies of those subpoenas only after I learned of one such subpoena and confronted Relator's counsel with same.

10. The Motion for Judgment on the Pleadings is made following the in person conference of counsel, pursuant to Local Rule 7-3, which took place on April 2, 2018, at approximately 3:00 p.m., at the office of counsel for Relator, Hennig Ruiz P.C., located at 3600 Wilshire Blvd., Suite 1908, Los Angeles, CA 90010, and the Court's March 27, 2018 Order (Docket No. 32).

11. I spent approximately forty (40) hours preparing Defendant's Motion for Judgment on the Pleadings, including this Declaration in support thereof. I anticipate spending another (20) hours preparing a reply to Relator's opposition and preparing for and appearing at the hearing.

12. Moreover, I spent additional twenty two (22) hours preparing the Ex Parte Application and Motion to Extend Time, filed concurrently with the re-filed Motion for Judgment on the Pleadings, with amendments, necessitated by Relator's failure to serve the Standing Order upon PLS.

13. My hourly billing rate for this matter is $325.00 an hour.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2018, in Encino, California.

*/s/ Edgar Martirosyan*
Edgar Martirosyan, Esq.