# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ARTHUR AFIONYAN, and STATE OF CALIFORNIA ex rel. AFIONYAN<br><br>Plaintiffs,<br><br>vs.<br><br>PEDORTHIC LAB SPECIALIST CUSTOM SHOE CO.<br><br>Defendant. | Case No: CV 16-03268-JFW (KSx)<br><br><br><br>**JOINT JUDGMENT**<br><br>Hon. John F. Walter |

On April 9, 2018, Defendant PLS DIABETIC SHOE COMPANY ("PLS"), erroneously sued as Pedorthic Lab Specialist Custom Shoe Co., filed a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Request for Attorneys' Fees and Costs. On April 23, 2018, Plaintiff/Relator Arthur Afionyan filed his Opposition. On April 30, 2018, PLS filed its Reply.

In addition, on April 9, 2018, PLS filed a Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) and Request for Attorneys' Fees and Costs. On April 23, 2018, Relator filed an Opposition. On April 30, 2018, PLS field its Reply.

On May 10, 2018, pursuant to Rule 78(b) of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matters appropriate for

**JUDGMENT**

submission on the papers without oral argument. The matters were, therefore, removed from the Court's May 14, 2018 hearing calendar.

On May 18, 2018, the Court GRANTED PLS's Motion for Summary Judgment in its entirety. In light of that ruling the Court DENIED PLS's Motion for Judgment on the Pleadings as moot. The Court also DENIED PLS's request for attorneys' fees and costs.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED THAT Plaintiff/Relator ARTHUR AFIONYAN take nothing from defendant PLS DIABETIC SHOE COMPANY, and that the action be dismissed on the merits.

IT IS SO ORDERED.

Dated: May 24, 2018

_____
The Honorable John F. Walter
United States District Judge

Approved as to form by counsel for the parties.

Dated: May 24, 2018  **HENNIG RUIZ & SINGH**

By: /s/ *Rob Hennig*_____
Rob Hennig
ShosheeHui
Attorneys for Relator
ARTHUR AFIONYAN

Dated: May 23, 2018  **MARTIROSYAN P.C.**

/s/ *Edgar Martirosyan*___
Edgar Martirosyan, Esq.
Attorney for Defendant,
PLS DIABETIC SHOE COMPANY