Name: Rob Hennig (CA State Bar No. 174646)
Address: Hennig Ruiz & Singh, 3600 Wilshire Blvd., Suite 1908
City, State, Zip: Los Angeles, CA 90010
Phone: (213) 310- 8301
Fax: (213) 310-8302
E-Mail: rob@employmentattorneyla.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States ex rel. Arthur Afionyan,

PLAINTIFF(S),

v.

Pedorthic Lab Specialist Custom Diabetic Shoe Co.

DEFENDANT(S).

CASE NUMBER:

CV 16-03268-JFW (KSx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Relator Arthur Afionyan_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
5/18/18 Order Granting Summary Judgment

☒ Judgment (specify):
5/24/18 Dismissal of Action

☐ Other (specify):

Imposed or Filed on _May 24, 2018_. Entered on the docket in this action on _May 24, 2018_.

A copy of said judgment or order is attached hereto.

June 18, 2018
Date

/s/ Rob Hennig
Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).